IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2005 DEC 14 A 8

Johnny Darrell Clark
_____
Full name and prison number of
plaintiff(s)

v.

Mrs. J. Wilson
Sgt. Clark
Jailer Mrs. Williams
Jailer Mr. Dykes
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the persons)

CIVIL ACTION NO. 3:05CV1185-T
(To be supplied by the Clerk of the
U.S. District Court)

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✓)

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (✓)

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1.  Parties to this previous lawsuit:
          Plaintiff(s) _____N/A_____

          Defendant(s) _____N/A_____

      2.  Court (if federal court, name the district; if state court, name the county)
          N/A

      3.  Docket No. N/A

      4.  Name of Judge to whom case was assigned  N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? NA

6. Approximate date of filing lawsuit NA

7. Approximate date of disposition NA

II. PLACE OF PRESENT CONFINEMENT OPELIKA CITY JAIL

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED OPELIKA, ALA. 36801 CITY JAIL 501 South 10th St.

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Mrs. J. Wilson | 501 South 10th St. |
| 2. | Sgt. Clark | 501 South 10th St. |
| 3. | Mrs. Williams | 501 South 10th St. |
| 4. | Mr. Dykes | 501 South 10th St. |
| 5. | Cpt. Husky | 501 South 10th St. |
| 6. | Chief Magnum | 501 South 10th St. |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 1st CASE 12-03-05 Second And third CASES 1964

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Complained About Headaches All Night 12-03-05, but didn't Receive Medical Attention until 12-04-05, Second And Third cases Involves Jeopadizing my life due to obsolete building

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved). Asked two Jailer For Medical Attention She Stated that She was busy with A bondsman And that the bondsman can before my health. Asked third shift Mr. Dykes For Medical help And he denied me All Night. Didn't get help until the first shift Jailer ann on At 12-04-05, Second And third cases Involve the incompetents of Institution. This building was designed in 1964 without water sprinkler system or twoway Emergency Exit in case of fire, plus no proper ventalation to circulate Air, please come see place for yourself.

-2-

GROUND TWO: Alabama fire code Requires Ever State fund ed building to have proper water spinkler system.
SUPPORTING FACTS: Check Alabama fire code 2005 and come see this place for yourself

GROUND THREE: Alabama fire code Requires two-way fire Emergency Exit in case or due to fire.
SUPPORTING FACTS: Check Alabama fire code 2005 And come see place for yourself.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I'm seeking Immediately Release Endangerment of my Health Needs compensated 25,000 for endangering others through incompetents Asking the sum of 50,000 each to Everyone that have served time here since being in violation of fire code

Johnny Clark
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 12-04-05
              (date)

Johnny D. Clark
Signature of plaintiff(s)