**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Dykes
Jailer
Opelika City Jail
501 S. 10th St.
Opelika, AL 36801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Edward T Chult(?)
C. Date of Delivery: 12/21/05

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3:05CV1185-T
Proc order + cmp

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0005 4584 6897

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

J. Wilson, Mrs.
Opelika City Jail
501 S. 10th Street
Opelika, AL 36801

2. Article Number
(Transfer from service label)

7003 2260 0005 4584 6859

PS Form 3811, February 2004      Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)
[name]

C. Date of Delivery
12/21/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:     ☐ No

3:05CV1185-T
Proc order
Chp

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

95-02-M-1540