IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | |
|---|---|
| JOHNNY DARRELL CLARK, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05-CV-1185-T |
| | ) |
| MRS. J. WILSON, et al., | ) |
| | ) |
|    Defendants. | ) |

_____

### NOTICE OF APPEARANCE AND MOTION FOR ENLARGEMENT OF TIME

COMES NOW Randall Morgan and herewith gives notice of his appearance on behalf of the Defendants, and further moves this Court for an enlargement of time of twenty-two (22) days, or until February 21, 2006, in which to submit a Special Report on behalf of the Defendants. The Defendants submit that the requested extension is not unreasonable in length, that it will not unduly prejudice the Plaintiff, nor will it delay the trial of this matter which is not yet set.

WHEREFORE THESE PREMISES PRAYED, the Defendants move this Court to grant the requested extension.

                                                    /s/ Randall Morgan
                                               RANDALL MORGAN (MORG8350)
                                               Attorney for Defendants

OF COUNSEL:

HILL, HILL, CARTER,
FRANCO, COLE & BLACK, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116
(334)834-7600

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing document by e-mail through the CM/ECF Court system with the Clerk of the Court who will notify all parties listed this the 30th day of January, 2006.

Johnny Darrell Clark
501 South 10th Street
Opelika, Alabama 36801

                                      /s/   Randall Morgan
                                      OF COUNSEL