IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

JOHNNY DARRELL CLARK            *

    Plaintiff,                  *

    v.                          *    3:05-CV-1185-MHT

MRS. J. WILSON, *et al.*,       *

                                *

    Defendants.

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (Doc. No. 8), is GRANTED; and

2. Defendants are GRANTED an extension from January 30, 2006 to February 21, 2006 to file their answer and written report.

Done, this 1st day of February 2006.

                    **/s/ Delores R. Boyd**
                    DELORES R. BOYD
                    UNITED STATES MAGISTRATE JUDGE