IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHNNY DARRELL CLARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05-CV-1185-T |
| | ) |
| MRS. J. WILSON, et al., | ) |
| | ) |
| Defendants. | ) |

## ANSWER

COME NOW Defendants, Tommy Mangham, Captain Husky, Sergeant Clark and Jennie Wilson, separately and severally herewith give answer as follows to Plaintiff's allegations:

1. These Defendants deny any wrongdoing.

2. These Defendants deny they have violated Plaintiff's constitutional rights.

3. These Defendants deny they have been deliberately indifferent to a serious medical need of Plaintiff.

4. These Defendants plead immunity.

5. These Defendants plead qualified immunity

6. These Defendants deny Plaintiff has been damaged or injured.

7. These Defendants deny Plaintiff is entitled to any relief.

8. These Defendants aver some or all of Plaintiff's claims are barred by

the Prison Litigation Reform Act (PLRA) as Plaintiff has not demonstrated any actual physical injury as a result of the allegations in his complaint.

9. Plaintiff has not demonstrated that any alleged injury was suffered while he was in custody.

10. Plaintiff's own actions caused and/or contributed to his alleged injuries.

11. Some or all of Plaintiff's claims are barred by holding of <u>Heck v. Humphrey</u> 512 U.S. 477 (1994).

12. Since Plaintiff has been released all injunctive claims are now moot.

     /s/    Randall Morgan
RANDALL MORGAN [MOR037]
Attorney for named defendants

OF COUNSEL:
**HILL, HILL, CARTER, FRANCO**
  **COLE & BLACK, P.C.**
P. O. Box 116
Montgomery, AL 36101

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was duly served by placing a copy of same in the U.S. mail, properly addressed and first class postage prepaid this the 21st day of February 2006, upon the following:

Johnny Darrell Clark
501 South 10th Street
Opelika, AL 36801

     /s/    Randall Morgan
OF COUNSEL