IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JOHNNY DARRELL CLARK,      )
                                  )
     Plaintiff,             )
                                  )
v.                             ) CIVIL ACTION NO. 3:05-CV-1185-T
                                  )
MRS. J. WILSON, et al.,     )
                                  )
     Defendants.        )

## AFFIDAVIT OF JENNIE WILSON

BEFORE ME, the undersigned personally appeared Jennie Wilson, who being duly sworn gives testimony as follows:

"My name is Jennie Wilson and I am employed by the City of Opelika as the Jail Supervisor in the Opelika Municipal Jail ("Jail"). I have been employed with the City since about 1990 and have been a supervisor for about 5 years. Administratively, I report to Sgt. Clark who in turn reports to Captain Huskey, who then reports to Chief of Police Tommy Mangham. Desmond Dykes a jailer report administratively to me. Ms. Williams was a jailer at the time and also reported to me. When I was first hired by the City, Johnny Clark was housed in the jail. He has frequently been confined to the jail since that time.

-1-


EXHIBIT
A

During the time that Clark filed this complaint, he was incarcerated for convictions of Criminal Trespass III, Theft of Property III, and Possession of Drug Paraphernalia. *See Exhibit "B."* I understand he had been sentenced originally to serve those sentences concurrently with some time he was serving for the County. He was released early by the County. Even though the City had a hold on him, the City was not notified of his release. He was subsequently picked up and brought to the City Jail October 30, 2005, to serve the remainder of his sentence. Shortly after his return he forwarded me the attached letter. *See Exhibit "C."*

During the time when he was housed in the jail from October 30 until February 17, 2006 when he was released, he was routinely offered his medications at least three to four times a day. He would sometimes refuse his medication. Attached are the medication logs from December 1 through December 9, 2005. *See Exhibit "D"* Also, he was frequently taken for outside medical attention. *See Exhibit "E."*

He had a scheduled eye appointment December 1st made by his mother, but refused to go. See Exhibit "F." At 7:45 a.m. on December 3, 2005, he was offered medication by Jailer, LaTanya Gary but refused. Plaintiff did take his prescription medication at approximately 1:15. At 5:40 p.m. he again refused medication, this time offered by Sharon Williams. Plaintiff did take medication offered by her at about 8:50 p.m. On December 4th Gary was making her rounds, and according to an incident report filed by her, Plaintiff wanted to have his sugar and blood pressure checked. *See Exhibit "G."* Because of the reading, the EMT's were called. They arrived and

-2-

plaintiff's blood pressure was checked again, and he was immediately taken to the Emergency Room for further evaluation. *See Exhibit "H."*

Plaintiff was returned to the Jail. At 1:00 p.m. that day   he again refused medication. He did take his medication when offered by Ms. Williams at 8:55 p.m. and 9:10 p.m.

The Jail is inspected by the Department of Corrections and also the State Fire Marshall. These inspections usually take place at least once a year. Attached as Exhibit "I" and "J" are the last reports. The jail has not been cited for lack of a sprinkler system nor ordered to install one. It has passed all inspections of which I am aware. As noted by the last DOC inspection, the safety features at the jail are good and the ventilation system meets standards. At no time has Plaintiff ever complained to me about the conditions of the jail nor complained that it has caused him any problems.

*Jennie Wilson*

**Jennie Wilson**

**SWORN** before me this 21 day
of February, 2006

Notary Public for the State of Alabama
My Commission Expires: 6-27-08

[SEAL]

-3-

CASE ACTION SUMMARY

CASE# MCN04 00869

Defendant: JOHN DARRELL CLARK
DOB:        09/21/1963

Sex:    M        Race:    B

Court Date: 1/3/2005

Address:             103 S 4TH ST
                     OPELIKA, AL 36801--000
Phone Number:        (334) 749-4887
Employer Phone Number:

---

Complaintant:        LORENZO WARREN
Witness:                           ,

---

Arrest Date:          09/30/2004
Charge:               CRIMINAL TRESPASS THIRD DEGREE /Warrant# AW041363
Arresting Officer:    JERNIGAN, GARY
Date Committed to Jail:  9-30-04        Date Released from Jail:
Amount of Bond: XXXX    $50.00        Attorney: C.SMIT.
Sureties:

---

Bench Notes:

10-25-04 COMD to 11/8/04 1:30  NO MORE CONT.
11-8-04 COND 40 MAY 2005.
5-23-05.

---

On 5-23-05 (date) the defendant appears in open court in person and pleads_____ guilty. After hearing the evidence it is the judgement of the court that defendant is _____ guilty and is fined $_____ together with $ 104 costs, and sentenced to 30 days in city jail. Additional Orders CISWELL INDET WT W/ CO TIME.

This is to certify that this is a true and correct copy of Docket MCN04 00869 of the City of Opelika versus John Darrell Clark. Given on this the 11th day of January 2006.

Elaine Kirby
Opelika Municipal Court Clerk                    Judge Municipal Court
my commission expires 6-27-07
                              FEE SHEET

Summary                                                Time Served

FINE_____        _____days served at_____ per day
COSTS_____
FAIR TRIAL TAX_____
POA FUND_____
BOND FORFEITURE_____
TOTAL_____

Cash Payment:    Date              Receipt Number          Amount
_____      _____      _____
_____      _____      _____
_____      _____      _____

EXHIBIT
B

| Appeal Record: | Circuit Court Case Number: | _____ |
| | Date of Appeal: | _____ |
| | Amount of Bond: | _____ |
| | Bondsman: | _____ |

Orders of Circuit Court:

CASE ACTION SUMMARY

CASE# MCN04 00868

Defendant: JOHN DARRELL CLARK          Sex:    M        Race:    B
DOB:       09/21/1963
                                        Court Date: 1/3/2005

Address:              103 S 4TH ST
                      OPELIKA, AL 36801--000
Phone Number:         (334) 749-4887
Employer Phone Number:

Complainant:          LORENZO WARREN
Witness:                        ,

Arrest Date:          09/30/2004
Charge:               THEFT OF PROP III-BUS SHOPLIFT /Warrant# AW031362
Arresting Officer:    JERNIGAN, GARY
Date Committed to Jail: 9-30-04
Amount of Bond: X00    $500.00          Date Released from Jail:
Sureties:                               Attorney: _CAMD_ ,

Bench Notes:
10-25-04 COND. TO 11/8/04 1:30.    NO MORE CONT.
11-8-04 COND 40 MAY 2005 .
5-23-05 COND 40

On _5-23-05_ (date) the defendant appears in open court in person and pleads_____ ~~guilty.~~ After
hearing the evidence it is the judgement of the court that defendant is _____ ~~guilty~~ and is fined
$ _____ together with $ _106_ costs, and sentenced to _180_ days in city jail.
Additional Orders _CONCURRENT W/ ST PNT_

This is to certify that this is a true and correct copy of Docket MCN04 00868 of the City of
Opelika versus John Darrell Clark. Given on this the 11th day of January 2006.
_Elaine Kirby_
Opelika Municipal Court Clerk                    Judge Municipal Court
my commission expires 6-27-07
                      FEE SHEET

Summary                                          Time Served

FINE_____          _____days served at_____ per day
COSTS_____
FAIR TRIAL TAX_____
POA FUND_____
BOND FORFEITURE_____
TOTAL_____

Cash Payment:    Date                Receipt Number        Amount
    _____  _____         _____           _____
    _____  _____         _____           _____
    _____  _____         _____           _____

**Appeal Record:**    Circuit Court Case Number: _____
                       Date of Appeal: _____
                       Amount of Bond: _____
                       Bondsman: _____

Orders of Circuit Court:

CASE ACTION SUMMARY

CASE# MCN04 00870

Defendant: JOHN DARRELL CLARK
DOB:        09/21/1963

Sex:    M        Race:    B

Court Date: 1/3/2005

Address:            103 S 4TH ST
                    OPELIKA, AL 36801--000
Phone Number:       (334) 749-4887
Employer Phone Number:

---

Complainant:        RODNEY CRAIG VICKERS
Witness:

Arrest Date:        09/30/2004
Charge:             POSSESSION DRUG PARAPHERNALIA /Warrant# AW041364
Arresting Officer:  RODNEY CRAIG VICKERS
Date Committed to Jail:  9-30-04        Date Released from Jail:
Amount of Bond: .00    $500.00          Attorney: GRANT.
Sureties:

---

Bench Notes:

PER FOR CONTINUANCE FOR PD LAWYER.
10-25-04 COND TO 11/8/04 1:30    NO MORE CONTINUANCES
11-8-04 COND TO. MAY 2005.
5-23-05. COND TO 9-19-05. 1:30.

---

On 5-23-05 (date) the defendant appears in open court in person and pleads _____ Guilty After
hearing the evidence it is the judgement of the court that defendant is _____ Guilty and is fined
$ _____ together with $ 100 costs, and sentenced to 60 days in city jail.
Additional Orders CONCURRENT STATE TIME.

This is to certify that this is a true and correct copy of Docket MCN04 00870 of the City of
Opelika versus John Darrell Clark. Given on this the 11th day of January 2006.

Elaine Kirby
Opelika Municipal Court Clerk                Judge Municipal Court
my commission expires 6-27-07
                    FEE SHEET

---

**Summary**                                         **Time Served**

FINE _____                 _____days served at_____ per day
COSTS _____
FAIR TRIAL TAX _____
POA FUND _____
BOND FORFEITURE _____
TOTAL _____

Cash Payment:    Date            Receipt Number        Amount
            _____    _____    _____
            _____    _____    _____
            _____    _____    _____

**Appeal Record:** Circuit Court Case Number: _____
Date of Appeal: _____
Amount of Bond: _____
Bondsman: _____

Orders of Circuit Court:

(FRONT) This LETTER is bASEd uPoN EvERY thing I LOVE.

DEAR MRS. WILSON =
I hAVEN'T SLEPT A SINGLE WINk within the LAST 5 dAYS of YouR "GoddAMN JAiL. And this moRNING it occuRED to ME EXACtLY WhY Not. I'VE bEEN SERVING JAiL TiME SiNcE 1979 And I'm fiNALLy SICK AN tRiEd of bEING SICK And tRiEd. I JuST SPENT 6 moNthS At the CouNTY JAiL ANd No You PEOPLE WANT ME to LAY iN yALL JAiL CEU LikE I'm SomE tyPE of SPECiAL CARGo oR SomE thing. I'VE hAd ENough of You fiNd whiteFilk ~~~~~~~~~ tREAtMENT ANd It high timE You PEoPl LEAVE JohNNY CLARK iN PEACE. I'VE ALREAdy

EXHIBIT
C

(BACK)

bEAt 3 bogus fElony chargeS that have con
sumed A total of 215 months of my Life.
Just bEcause I'm Addicted to drugs doesn't mean
that I should bE restrict from society. How
And what I chose to do with my Life is my
VERY own motherfucking will. So hears the deal.
No more consumption of diabetes ~~med~~ meds. No
more Sugar chEcks. No more showers or hygenes
care. No cooperation of Any kind until you good fuc
ing whitefolks cast my black Ass back to the stree
t to Enjoy what short time I've left. You Act As dough
it's A priviliege And A honor to house Johnny Clark in
Jail. And in the words of Johnny Clark I say, fuck All Yal

OPELIKA MEDICAL
INMATE MEDICATION RECORD

| NAME OF INMATE | DATE | TIME | PRESC.# OR BRAND | DOSE | JATTER |
|---|---|---|---|---|---|

| Clark, Johnnie | 12-1-05 | 0750 | 722437-722438 Refused 724560 | R-R in | 1 ca |

| Clark, Johnny | 12-1-05 | 1300 | 722438- 724560 Refused | R-R | 1 cc |

| Clark, Johnny | 12-1-05 | 1815 | 722438- 724563 Left | 1-1 Right | 50 |

| Clark, Johnny | 12-1-05 | 2100 | 334608 334609 Ref | Ref | R |

EXHIBIT
D

OPELIKA MUNICIPAL JAIL
INMATE MEDICATION RECORD

| NAME OF INMATE | DATE | TIME | PRESC.# OR BRAND | DOSE | JAILER |
|---|---|---|---|---|---|
| CLARK, JOHN | 12-02-05 | 0830 | 724563, 722438 | 1-1 | KA |
| Clark, Johnny | 12-2-05 | 1750 | 724560-722438  Ref. | Ref 11 | 88 |

PELHAM MUNICIPAL JAIL
INMATE MEDICATION RECORD

| NAME OF INMATE | DATE | TIME | PRESC.# OR BRAND | DOSE | JAILER |
|---|---|---|---|---|---|
| Clark, Johnny | 12-2-05 | 2100 | 334008- 334009 | 1-1 | DB |
| CLARK, JOHNNY | 12-3-05 | 0745 | 724438 724563 Refused | R-R | bq. |

BEELIN MUNICIPAL JAIL
INMATE MEDICATION RECORD

| NAME OF INMATE | DATE | TIME | PRESC.# OR BRAND | DOSE | JAILER |
|---|---|---|---|---|---|
| Clark Johnny | 12-3-05 | 1375 | 722438 | 1 | NA |
| | | | | | |
| Clark Johnny | 12-3-05 | 1742 | 724563-722438 | 1-1 | SW |
| | | | | | |
| Clark Johnny | 12-3-05 | 2050 | 334046-334069 | 1-1 | SW |
| | | | | | |
| Clark Johnny | 12-4-05 | 1300 | 722438 Refused / 724563 | | NA |

OPELIKA MUNICIPAL JAIL
INMATE MEDICATION RECORD

| NAME OF INMATE | DATE | TIME | PRESC.# OR BRAND | DOSE | JAILER |
|---|---|---|---|---|---|
| Clark, Johnny | 12-4-05 | 1855 | 724563-722438 | 1-1 | JW |
| Clark, Johnny | 12-4-05 | 2110 | 334608-334609 | 1-1 | JW |

OPELIKA MUNICIPAL JAIL
INMATE MEDICATION RECORD

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Clark Johnny | 12-5-05 | C 39 | 722438 724563 | | 1 | | ✓ |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Clark, Johnny | 12-05-05 | 1310 | 722438 | | 1 | c | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Clark Johnnie | 12-5-05 | 1830 | 727030 724366 - 722438 | 1-1 | B8 | | |

| Clark Johnnie | 12-5-05 | 2100 | 334009-334008 | 1-1 | 52 |

| Clark Johnng | 12-6-05 | 0800 | 722438 727080 722438 722436 | 1-1 | NA |

| Clark, Johnny | 12-6-05 | 1300 | 722438-727036 | 1-1 | NA |

| CLARK, John | 12/4/05 | 1815 | 722438, 727030 | 1-1 | DM |

| CLARK, John | 12/4/05 | 2122 | 334009 03900 | 1-1 | DM |

| CLARK, JohnNy | 12-7-05 | 0725 | 722438 722436 727030 | 1-1 1 | B |

| DATE | TIME | NAME OF INMATE | DOB | PLACE OF TREATMENT |
|------|------|----------------|-----|--------------------|
| 10/30/05 | 1010 | Clark, Johnny | 9-21-63 | ER |

EXHIBIT

tabbies®

E

| DATE | TIME | NAME OF INMATE | DOB | PLACE OF TREATMENT |
|------|------|----------------|-----|--------------------|
| 11·1·05 | 0805 | Clark, Johnny | 9·21·63 | Mental Health |
| 11-2-05 | 1410 | Clark, Johnny | 9-21-63 | Dr. Patel |
| 11.8.05 | 0745 | Clark, Johnny | 9/21/63 | Health Dept |
| 11·9·05 | 1420 | Clark Johnnie | 9.21.63 | Dr Patel |
| 11/16/05 | 1015 | Clark, Johnny | 9.21.63 | Dr. Husley |

| DATE | TIME | NAME OF INMATE | DOB | PLACE OF TREATMENT |
|------|------|----------------|-----|---------------------|
| 12-11-05 | 0015 | Clark, Johnny | 9-21-63 | AD |
| 12-10-05 | 2022 | Clark, Johnny | 9-21-63 | ER |

529.08

| DATE | TIME | NAME OF INMATE | DOB | PLACE OF TREATMENT |
|------|------|----------------|-----|--------------------|
|      |      |                |     |                    |
|      |      |                |     |                    |
|      |      |                |     |                    |
|      |      |                |     |                    |
|      |      |                |     |                    |
|      |      |                |     |                    |
|      |      |                |     |                    |
|      |      |                |     |                    |
|      |      |                |     |                    |
|      |      |                |     |                    |
|      |      |                |     |                    |
|      |      |                |     |                    |
|      |      |                |     |                    |
|      |      |                |     |                    |
|      |      |                |     |                    |
|      |      |                |     |                    |

529.08

Opelika Police Department
## INMATE SICK CALL REQUEST

Date: _10·1·05_____          Time: _____

Name: _Clark_____ _Johnny_____     DOB: _____   SEX: _M_ RAC: _B_
     Last Name    First    Middle

Medications presently being taken: _Metformin 500mg  Risperdal 4mg  Doxepin 150mg_
_Hydrocodone 10/650_

Medications Allergic to, if any: _____

Do you have a history of high blood pressure? _yes_____

Inmate's Complaint/Nature of current illness: _Eye Exam_____

_____

_____

_____
                                   Inmate's Signature

## PRELIMINARY EXAMINATION BY E.M.T. / PARAMEDIC:

Blood Pressure: _____ / _____   Pulse: _____   Respirations: _____   Temp: _____

Other notable symptoms / indications: _____

_____

_____

_____

E.M.T. / Paramedic's comments and recommendations: _____

_____

_____

_____

_____
                        E.M.T. / Paramedic's Signature



**EXHIBIT**
tabbies
F

OMJ06 - Inmate Sick Call Request             revised: 5/19/04

**PHYSICIAN'S EXAMINATION:**

Physician's Name: _____  Date: _____  Time: _____

Medication/s prescribed: _____

_____

_____

_____

_____

_____

_____

                                        _____
                                              Physician's Signature

**JAIL PERSONNEL COMMENTS**          (Inmate's refusal of medical treatment, etc.)

Refused To go To Eye DR That H.S mom

Had mad~ For Him  12-01-05  @ 1415

_____

_____

_____

_____

                                        _____
                                              Jailer's Signature

                                        _____
                                              Inmate's Signature

                                        _____
                                              Witness' Signature

OMJ06 - Inmate Sick Call Request                      revised: 5/19/04

OPELIKA POLICE DEPARTMENT
MUNICIPAL JAIL
INCIDENT REPORT

DATE: December 4, 2005

TO:     CAPT HUSKEY
        SGT CLARK
        MS. WILSON

FROM: LaTanya Gary

SUBJECT: Johnny Clark

At about 0630MT, I was making a round and to get Inmate Johnny Clark out of the shower, when he asked if he could check his sugar and blood pressure while he was out. I brought Inmate Clark around to the front counter. Inmate Clark's sugar was 79, and his blood pressure was 179/119 the first time and 173/114 the second time. At about 0647MT I called for a supervisor and EMT's to check and be sure. At 0652MT, EMT's and Officer Cross arrived. EMT's checked his blood pressure again, but it was 190/120. EMT's advised to take Inmate Clark to the emergency room for further evaluation. At 0715MT, Inmate Clark was taking to the emergency room by Officer Cross.



EXHIBIT
G

Opelika Police Department
# INMATE SICK CALL REQUEST

Date: _12-4-05_    Time: _0657 AM_

Name: _Clark_    _Johnny_    DOB: _9-21-43_ SEX: _M_ RAC: _B_
        Last Name    First    Middle

Medications presently being taken: _Metformin 500mg, Hydrocodone 10/650_
_Risperdal 4mg, Doxepin 150mg_

Medications Allergic to, if any: _____

Do you have a history of high blood pressure? _yes_

Inmate's Complaint/Nature of current illness: _Dizziness, Faint Feeling_

_____

_____

_____
                                        Inmate's Signature

## PRELIMINARY EXAMINATION BY E.M.T. / PARAMEDIC:

Blood Pressure: _190_ / _120_ Pulse: _75_ Respirations: _18_ Temp: _____

Other notable symptoms / indications: _None_

_____

_____

E.M.T. / Paramedic's comments and recommendations: _Pt. needs to go_
_to ER non-emergency to see a Dr. ref. BP_
_being high. Pt. Left with OPD_

_____
                                _____
                                E.M.T. / Paramedic's Signature

OMJ06 - Inmate Sick Call Request                    revised: 5/19/04



# East Alabama Medical Center
## Discharge Instructions

**Name:** JOHNNY CLARK                    **DOB:** 09/21/1963
**Chief Complaint:** DIZZINESS,FAINT FEELING

**MRN:** 0000537232                    **Arrive Date:** 12/04/2005 07:27
**FIN:** 0533800024                    **Discharge Date:** 12/4/2005 11:03
**Address:** 103 S 4TH ST OPELIKA AL 36801
**Phone:** (334) 749-4887

**Emergency Department Care Providers:**
  **Primary Physician:** Crosby, Dell, ED Physician

      East Alabama Medical Center would like to thank you for allowing us to assist you with your healthcare needs.  The following includes patient education materials and information regarding your injury/illness.
-- If you had an x-ray taken in the ED the radiologist will be reading them within 24 hours. The reading of your x-ray by your ED doctor or nurse practitioner is a preliminary reading only. If the final reading shows anything that was not seen on the preliminary reading by the ED doctor, **we will call you if you need additional treatment or test.** If you do not need additional treatment or test, we will not call.This would typically be within 4 days of your visit.
-- If you had a culture done today, it takes 2-3 days to get the results. If you need additional treatment based on the results of the culture we will call you. **Please be sure the phone number that you gave the registration clerk is accurate, in case we do need to contact you.**
-- If you were given a prescription for medication, be sure to follow the label instructions. Ask your pharmacist if the medication will make you drowsy and be sure not to drive or operate machinery while taking medication that will make you drowsy.
-- If you received medication while in the ED, be sure the effects of those medications have had time to wear off before you drive or operate machinery. This typically takes 6-8 hours.

Name: JOHNNY CLARK          04 - Dec - 2005  11:03          EAMC
                            Page No: 1  of  5



EXHIBIT

H

Our goals in the ED -based on you symptoms, medical history, and exam are to:
--Find any emergency medical condition that might exist
--Treat any urgent problems that we discover
--Stabilize any unstable chronic conditions that you have
--Provide or initiate treatment of new conditions such as infections or injuries
--Give you advice for further care of you problems,including referral to other specialists or your personal physician for further evaluations; and coordinate admission for you if you have a condition, which in our judgement, needs treatment or monitoring in the hospital rather than at home.

While we make a sincere and reasonable effort to reach these goals, it is a complex undertaking and it is important for you to realize that the medical condition(s) causing your symptoms may not be clear while you are here. Not every medical condition-even a potentially serious one- produce abnormalities on your exam or tests during the early stages. So, it is important that you see a doctor again when we instruct you to do so or if you condition gets worse or if you are not getting well like you think you should be.

It is best if you have a personal physician to manage your health care on a regular basis. Ideally, this is the doctor who knows you best and is who you should see if you are not getting better after your ED visit. However, if you do not nave a personal physician or if you can not get in to see your doctor and you feel that you are getting worse, you are always welcome to come back to the Emergency Department and let us see you again.

Remember, "an ounce of prevention is worth a pound of cure". Keeping in regular contact with your personal physician will keep you better informed about your health, keep you medical problems under better control, and reduce your chances of developing an emergency medical condition. But, if you do develop a condition you think is an emergency, we are always here for you- 24 hours a day, 365 days a year.

## Follow-Up Instructions

JOHNNY CLARK has been given these follow-up instructions:

## Follow-Up With:

Doctor , Of Choice

## When:

Within As needed

## Comments:

This referral if for additional evaluation and treatment. Call on the next business day for an appointment. When you call, tell the person that you talk with that you were seen in the Emergency Department and referred to see that physician. If you have problems getting an appointment, please call 705-1150 and ask to speak with a nurse.

## Patient Education Materials

JOHNNY CLARK has been given the following patient education materials:

Injury & Illness

### LABYRINTHITIS

The "inner ear" is located inside the brain and is the balance center of your body. When the inner ear becomes irritated or inflamed it causes an illness known as Labyrinthitis. It is most often due to a viral condition. This causes sudden "vertigo" (a feeling that you or the room is spinning). There is a loss of balance when trying to walk, intense nausea and vomiting. Head movement from side to side, or changing position from lying to sitting or standing may make symptoms much worse.

An episode of vertigo may come and go over several hours. Once you are over the first episode of vertigo, it may never return. Sometimes symptoms recur off and on over several weeks.

HOME CARE:
1) If symptoms are severe, rest quietly in bed. Change positions slowly. There is usually one position that will feel best, such as lying on one side or the other or lying on your back with your head slightly raised on pillows.

2) Reduce your salt intake. Fluid retention caused by salt can make this condition worse.

3) Do not drive or work with dangerous machinery for one week after symptoms disappear. (In case of a sudden unexpected recurrence.)

4) Unless another medicine was prescribed for nausea, vomiting and vertigo, you may use over-the-counter motion sickness pills, such as meclizine (Bonine, Bonamine, Antivert and other brand names).

RETURN PROMPTLY or contact your doctor if any of the following occur:
-- Worsening of symptoms
-- Fever over 100.5 F
-- Repeated vomiting not relieved by medicine prescribed

Name: JOHNNY CLARK        04 - Dec - 2005  11:03        EAMC

-- Increased weakness or fainting
-- Headache or unusual drowsiness
-- Difficulty with speech or movement

**If you get home and do not understand any of these instructions, please call 705-1150 and give the staff the date you were a patient and that you have a question about your visit.**

N911
DOC form 914
Rev. 2/94

# STATE OF ALABAMA
## JAIL INSPECTION REPORT

DEPARTMENT OF CORRECTIONS
Engineering Administrative Division
2265 Maron Spillway Road
Elmore, Alabama 36025
(205) 567-1556

Sheriff/Chief of Police _____ Jail _____

City _____ Date _____ Time _____

County _____ Inspector _____

Phone No. _____

This is to report conditions of your jail as of this date of inspection. Please carefully note any needed corrections. These adjustments are necessary to bring your facility into compliance with the standards set forth in Title 14, Code of Alabama, 1975.

—CHECK MARK indicates most accurate description—

**WHAT GOVERNING BODY HAS SUPERVISORY POWER?**
City Council _____ County Commission _____

**POPULATION:**
|  | W/M | B/M | W/F | B/F | TOTAL |
|---|---|---|---|---|---|
| STATE | | | | | |
| COUNTY | | | | | |
| CITY | | | | | |
| FEDERAL | | | | | |
| JUVENILES | | | | | |
| | | | | GRAND TOTAL | |

**JAIL CAPACITY:**
MALE _____ FEMALE _____ JUVENILE _____ TOTAL _____

1. Are Female Prisoners housed separately? ..... YES ___ NO ___ NONE ___
2. Are separate quarters available for juveniles? ..... YES ___ NO ___ NONE ___
3. Number of state inmates ON WAIVER _____

**JAIL EMPLOYEES:**
1. Number of Jailers _____
2. Number of Matrons _____
3. Other Employees _____
4. Are Jailers POST Certified? ..... YES ___ NO ___

**BUILDING:**
GENERAL APPEARANCE:
1. Exterior ....... Poor ___ Fair ___ Good ___ None ___
2. Interior ....... Poor ___ Fair ___ Good ___ None ___
3. Fence ....... Poor ___ Fair ___ Good ___ None ___
4. Yard ....... Poor ___ Fair ___ Good ___ None ___
5. Type of Construction... Brick ___ Cement ___ Wood ___ Other ___
6. Year Constructed: _____
7. Types of Locking Devices ....... Manual ___ Electric ___
8. Condition of Locking Devices ..... Poor ___ Fair ___ Good ___ None ___
9. Observation ....... Poor ___ Fair ___ Good ___ None ___
10. Windows ....... Poor ___ Fair ___ Good ___ None ___
11. Screens: ....... Poor ___ Fair ___ Good ___ None ___
12. Grills: ....... Poor ___ Fair ___ Good ___ None ___
13. Windows ....... Poor ___ Fair ___ Good ___ None ___
14. Cells: ....... Poor ___ Fair ___ Good ___ None ___

**SAFETY FEATURES:**
1. Emergency Exits: ..... Poor ___ Fair ___ Good ___ None ___
2. Fire Apparatus: ..... Poor ___ Fair ___ Good ___ None ___
3. Stairways: ..... Poor ___ Fair ___ Good ___ None ___
4. Elevators: ..... Poor ___ Fair ___ Good ___ None ___

5. Is there an EMERGENCY (fire) EVACUATION plan POSTED? ... YES ___ NO ___
6. Are Fire and Safety precautions observed? ..... YES ___ NO ___
If NOT, explain in Comments section.

**TRAINING:**
IN-SERVICE: ..... YES ___ NO ___
Other: _____

**ARE OPERATING PROCEDURES WRITTEN? ........ YES ___ NO ___**
**IS THERE A PRINTED MANUAL? ........ YES ___ NO ___**

**JAIL RECORDS:**
1. Arrest Record ..... YES ___ NO ___
2. Are personal property and cash receipted? ..... YES ___ NO ___
3. Visits ..... YES ___ NO ___
4. Medical ..... YES ___ NO ___
5. Commitment and Discharges ..... YES ___ NO ___
6. Are Jail Records Adequate? ..... YES ___ NO ___
**Are Prisoners Fingerprinted? ..... YES ___ NO ___**
**Are Prisoners Photographed? ..... YES ___ NO ___**

**SECURITY:**
1. Is the jail reasonably secure? ..... YES ___ NO ___
2. Are periodic inspections made of security facilities? ..... YES ___ NO ___
3. Are firearms stored safely? ..... YES ___ NO ___
Where are they stored? _____

4. Are there regulations prohibiting carrying of firearms into the jail? ..... YES ___ NO ___
5. KEY CONTROL: Are keys ever in possession of inmates? ..... YES ___ NO ___
Are keys properly stored and accounted for? ..... YES ___ NO ___
6. How often are prisoners quarters visited? _____
7. Is jailer on duty 24 hours daily? ..... YES ___ NO ___
8. Are CHECKS conducted at night? ..... YES ___ NO ___
Are CHECKS logged? ..... YES ___ NO ___
9. Are complete SHAKEDOWNS accomplished? ..... YES ___ NO ___
10. Are periodic COUNTS conducted? ..... YES ___ NO ___

Page 1 of 3




EXHIBIT
I

tabbies

11. Are CONTRABAND CONTROL
procedures in effect? ............... YES ✓ NO____

12. **INMATE VISITS:**
When are visits allowed?
Daily____ Semi-Weekly____ Weekly____ Other____
Who is allowed to visit inmates?
Relatives ..................... YES ✓ NO____
Friends ...................... YES ✓ NO____
Clergy ...................... YES ✓ NO____
Are CONTACT VISITS allowed? .... YES____ NO ✓

13. **INMATE MAIL:**
Are INCOMING MAIL
and packages INSPECTED? ......... YES ✓ NO____

14. Do new prisoners receive
instructions about JAIL RULES? .... YES ✓ NO____
Are these instructions: VERBAL ✓ WRITTEN____

15. **TRUSTIES:**
Are TRUSTIES used? .............. YES____ NO ✓
Who selects the TRUSTIES?
Sheriff/Chief____ Jailer____ Other____

16. Are inmates in UNIFORM? ........ YES____ NO ✓
Are uniforms MARKED? ............ YES____ NO____
Coveralls____ Pants & Shirts____

**DISCIPLINARY PROCEDURES:**
1. Does the jail hold
DISCIPLINARY HEARINGS? ......... YES____ NO ✓
2. Who exercises disciplinary authority?
Sheriff/Chief____ Jailer____ Other ✓ _Chief & ___

**FOOD SERVICES:**
General Condition ......... POOR____ FAIR____ GOOD____
Kitchen ................. POOR____ FAIR____ GOOD____
Tables .................. POOR____ FAIR____ GOOD____
Shelves ................. POOR____ FAIR____ GOOD____
Screens ................. POOR____ FAIR____ GOOD____
1. Is the cook paid? ............... YES____ NO____
2. Who supervises the Kitchen? ____
3. Who plans the Menu? ____
4. Do inmates assist
in food preparation? ............. YES____ NO____
5. What type of eating
utensils are used?
Plastic____ Paper____ Metal____ Other____
How Washed? .... HAND____ SANITIZER____
6. Are the standards of
sanitation adequate? ............ YES____ NO____
7. Is copy of menu available
on the date of inspection? ........ YES____ NO____
8. Do paid employees supervise
the serving of meals? ............ YES____ NO____
9. Is the diet adequate? ........... YES____ NO____
10. Number of meals served per day?
1____ 2____ 3____ ____
11. Food Preparation ...... POOR____ FAIR____ GOOD____
Quality ............. POOR____ FAIR____ GOOD____
12. Storage of Food ...... POOR____ FAIR____ GOOD____
Quantity ............ POOR____ FAIR____ GOOD____
Refrigeration ........ POOR____ FAIR____ GOOD____
13. Are Commissary (or store)
purchases available to inmates? .... YES____ NO ✓

**SANITATION AND PERSONAL HYGIENE:**
1. Is there a systematic
CLEANING PROGRAM in effect? ... YES____ NO ✓

2. Are adequate TOOLS and
CLEANING MATERIALS available? ... YES ✓ NO____
3. What type of BEDDING
is provided? Sheets____ Blankets____
Mattress Cover____ Pillow____ Pillow Case____
HOW OFTEN IS BEDDING
LAUNDERED?
Semi-Weekly____ Weekly____ Other____
4. Are excessive FOOD or
unnecessary ITEMS in CELLS? ...... YES____ NO____
5. Is DRINKING WATER available
at all times? .................... YES____ NO____
6. Are HOT and COLD WATER
available for bathing? ............ YES____ NO____
7. Are HEATING and
VENTILATION adequate? .......... YES____ NO____
8. Is LIGHTING adequate? ......... YES____ NO____
9. Condition of PAINT?
Interior ............ POOR____ FAIR____ GOOD____
Exterior ........... POOR____ FAIR____ GOOD____
10. Are BATHING FACILITIES
available to all inmates? .......... YES____ NO____
11. Are SOAP and
TOWELS available? .............. YES____ NO____
12. HOW OFTEN are inmates
REQUIRED TO BATHE?
Daily____ Semi-Weekly____ Weekly____ Other____
13. CONDITION OF PLUMBING
Are there LEAKING PIPES
in the Jail? .................... YES____ NO____
COMMODES ...... POOR____ FAIR____ GOOD ✓
LAVATORIES .... POOR____ FAIR____ GOOD____
SHOWERS ...... POOR____ FAIR____ GOOD____
14. Does the Jail have a
PEST CONTROL program? ..... YES ✓ NO____
How often treated? _Monthly___
By Whom? _Exterminator___

**MEDICAL SERVICE:**
1. Name of PHYSICIAN? _Dr. ___
2. How often do physicians
visit the jail/facility?
Daily____ Weekly____ On-Call ✓
Other (specify) ____
3. What HOSPITAL facilities
are used for inmates? ____
4. Is the Venereal Disease Act enforced
(Title 22, Chapter 16-2)? .... YES____ NO____

**INMATE PROGRAMS:**
1. Are Counseling Services available? .. YES____ NO ✓
2. Recreation Facilities
Types Provided: _Outside___
3. Educational Opportunity .......... YES____ NO____
Types Offered: ____

**COMPLAINTS:**
1. Are there justifiable complaints? ..... YES____ NO ✓
2. Is Jail involved in Litigation? ....... YES____ NO____
If YES, type. ____
3. Is the Jail or Facility
Racially Integrated? ................ YES ✓ NO____
4. Is there a Current
Grand Jury Report on the Jail? ...... YES____ NO____

**INSPECTORS COMMENTS:**

_Food chilled by whiteware_

_late very clean no fill hole  6:34_

Copy Received By:

_____
SIGNATURE

_____
Inspector's Signature

Time of Completion _____

| | Date | Office |
| --- | --- | --- |
| | | |

Copy: State Fire Marshal ☐
      County Health Department ☐ :

Page 3 of 3



# STATE OF ALABAMA
## DEPARTMENT OF INSURANCE
State Fire Marshals Office
201 Monroe Street, Suite 1790
Post Office Box 303352
Montgomery, Alabama 36130-3352
Telephone: (334) 241-4166
Facsimile: (334) 241-4158
EMAIL firemarshal@insurance.state.al.us
Website www.aldoi.gov

WALTER A. BELL
COMMISSIONER

Acting State Fire Marshal
Richard W. Montgomery

BOB RILEY
GOVERNOR

## INSPECTION REPORT

**DATE OF REPORT**          October 13, 2004

**DATE OF INSPECTION**      October 12, 2004

**NAME OF FACILITY**        **OPELIKA CITY JAIL**

**LOCATION**                501 South 10th Street
                            Opelika, Alabama 36801

**MAILING ADDRESS**         Post Office Box 2485
                            Opelika, Alabama 36803-2485

**OWNER**                   City of Opelika
                            Gary Fuller – Mayor
                            204 7th Street
                            Opelika, Al. 36801

**POLICE CHIEF**            Thomas Mangham

**COUNTY**                  Lee (43)

On Tuesday, 10-12-04 an inspection of the Opelika City Jail was conducted. At the time of this inspection there were a total of **49** persons incarcerated, of these **10** were female. The inmate capacity of this facility is **41**. No code violations were noted during this inspection.

Scott F. Pilgreen
Deputy State Fire Marshal

10-21-04A11:13 RCVD



EXHIBIT
J

10-15-04
CC: DoC
G.F.
T.M.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JOHNNY DARRELL CLARK,   )
          )
  Plaintiff,    )
          ) CIVIL ACTION NO. 3:05-CV-1185-T
v.         )
          )
MRS. J. WILSON, et al.,   )
          )
  Defendants.   )

### <u>AFFIDAVIT OF DESMOND DYKES</u>

  BEFORE ME, the undersigned personally appeared Desmond Dykes, who being duly sworn gives testimony as follows:

  "My name is Desmond Dykes and I am a Jailer employed with the City of Opelika. I work third shift. I am familiar with Johnny Clark because he is frequently housed in the jail. I understand he claims I refused to give him medication on December 3, 2005. I have never refused to give Mr. Clark mediation when requested. I specifically deny that I refused to give him medication on December 3, 2005.

          _Desmond Dykes_
          **Desmond Dykes**

**SWORN** before me this 21st day
of February, 2006

_Wyman A Nesta_
Notary Public for the State of Alabama
My Commission Expires: 01/27/2009
[SEAL]

-1-

