IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN  DIVISION

_____

JOHNNY DARRELL CLARK,                    *

    Plaintiff,                              *

                                CIVIL ACTION NO.

          v.                              *    3:05cv1185-MHT
                                   (WO)

MRS. J. WILSON, *et al*.,                 *

                                 *

    Defendants.

_____

## OPINION

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on March 8, 2006 (Doc. # 13), that this case be dismissed without prejudice for Plaintiff's  failures to prosecute this action properly and to comply with the orders of this court.

After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

Done this the 17th day of April, 2006.

                         _____/s/ Myron H. Thompson_____
                         UNITED STATES DISTRICT JUDGE