IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | |
|---|---|
| JOHNNY DARRELL CLARK, | * |
| Plaintiff, | * |
| | CIVIL ACTION NO. |
| v. | *    3:05cv1185-MHT |
| | (WO) |
| MRS. J. WILSON, *et al.*, | * |
| | * |
| Defendants. | |

_____

## **JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1)   The recommendation of the United States Magistrate Judge, entered on March 8, 2006 (Doc. # 13), is adopted.

(2)   This case is dismissed without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 17th day of April, 2006.

                                                                                                                      /s/ Myron H. Thompson
                                                  UNITED STATES DISTRICT JUDGE